(Reap. Dec. 8376)

TERRA CHEMICALS, INC., ET AL. *v.* UNITED STATES

Entry Nos. 761955; 815449.

(Decided December 28, 1954)

*Eugene R. Pickrell* for the plaintiffs.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

WILSON, Judge: These appeals for reappraisement have been submitted for decision upon an agreed set of facts entered into by and between counsel for the respective parties hereto.

On the agreed facts, I find the American selling price, as that value is defined in section 402 (g) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper basis for the determination of the value of the isatin here involved, and that such value was $3.30 per pound.

The appeals having been abandoned insofar as they relate to all other merchandise, to that extent the appeals are hereby dismissed.

Judgment will be entered accordingly.